In re UNION CARBIDE CORPORATION and Radiator Speciality Company, Relators.

No. 01–07–00707–CV.

Court of Appeals of Texas, Houston (1st Dist.).

Oct. 25, 2007.

Charles Tynan Buthod, Scott R. Humphrey, Baker Botts L.L.P., James M. Riley Jr., Coats, Rose, Yale, Ryma & Lee, P.C., Houston, for Relators.

Lance H. Lubel, Heard, Robins, Cloud & Lubel, LLP, Pete T. Patterson, Patterson, Patterson * Young, L.L.P., John H. Kim, The Kim Law Firm, Houston, for Appellees.

Panel consists of Justices NUCHIA, JENNINGS, and KEYES.

## MEMORANDUM OPINION

PER CURIAM.

Relator Union Carbide Corporation and Radiator Speciality Company filed a petition for a writ of mandamus, complaining of Judge Criss's June 27, 2007 severance order.[1]

---

1. The Honorable Susan Criss, judge of the

212th District Court of Galveston County,

We deny the petition for a writ of mandamus.

Texas. The underlying lawsuits are *Moffett v. Radiator Speciality Co.*, No. 06CV0113 (212th Dist Ct., Galveston County, Tex.) and *Hall v.* *Union Carbide Corp.*, No. 06CV0113–A (212th Dist Ct., Galveston County, Tex.).